UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: July 14, 2021<br><br>CASE NO. 1:21 CR 24-1<br><br>COURT REPORTER: Sarah Nageotte<br><br>CHANGE OF PLEA |

UNITED STATES OF AMERICA

    -VS-

ERNEST CORRIGAN


APPEARANCES:    Plaintiff: Kevin Pierce

                          Defendant: Dominic Vitantonio


PROCEEDINGS: The defendant changed his plea to guilty to Count One and Count Seven of the Indictment. Written plea agreement executed. Plea agreement read in open Court. The Defendant is referred to the United States Pretrial and Probation Department for the preparation of a Presentence Report. Sentencing in this matter is scheduled for November 17, 2021 at 11:00 am. The defendant is remanded to the custody of the United States Marshal.

                                                    /s/ Steven L. Marshall
                                                    Courtroom Deputy


Length of Proceedings: <u>30 minutes</u>